256 P.2d 354]

[Civ. No. 19475.   Second Dist., Div. Two.   May 6, 1953.]

LIONEL BARRIGAN et al., Appellants, v. DANIEL J. TOBIN et al., Respondents.

Kenny & Morris for Appellants.

John C. Stevenson and Lionel Richman for Respondents.

THE COURT.—It appearing from the record herein that the question presented on appeal has become moot, the appeal is dismissed.

A petition for a rehearing was denied May 27, 1953, and appellants' petition for a hearing by the Supreme Court was denied July 2, 1953.   Carter, J., and Schauer, J., were of the opinion that the petition should be granted.